Com. v. Printup .... 08/31/2015432    Denied    Pa.Super.,
MAL                         122 A.3d 442
(2015)

Com. v. Rodgers .... 08/19/2015309    Denied    Pa.Super.,
MAL                         121 A.3d 1124
(2015)

Com. v. Ruedas;
Com. v. Durham;
Com. v. Beniguez;
Com. v. Mateo;
Com. v. Brown;
Com. v. Falu;
Com. v. Michen-
selder; Com. v.
Hill; Com. v. Gor-
ham; Com. v. Chi-
reno; Com. v.
Watts; Com. v.
Moll; Com. v. Mar-
ques; Com. v.
Hopkins; Com. v.
Merrero; Com. v.
Gonzalez; Com. v.
Harrison; Com. v.
Johnson; Com. v.
Hall; Com. v. Ca-
lix; Com. v. Hec-
tor; Com. v. Hall;
Com. v. Moore;
Com. v. Clarke;
Com. v. Malave;
Com. v. Camacho;
Com. v. Gonzalez;
Com. v. Johnson;
Com. v. Rodrigues;
Com. v. Tamm;
Com. v. Farrell;
Com. v. Withrow;
Com. v. Lopez;
Com. v. Rodri-
guez; Com. v.
Hayes; Com. v.
Buckner; Com. v.
Baez; Com. v.
Dean; Com. v.
Johnson; Com. v.
Stewart; Com. v.
Vargas; Com. v.
Haynes; Com. v.
Fernandez; Com.
v. Serrano; Com.
v. Aponte; Com. v.
Rivera; Com. v.

| | | | |
|---|---|---|---|
| Acosta; Com. v.<br>Anaya; Com. v.<br>Brown; Com. v.<br>Franks; Com. v.<br>Devalle .......... | 09/15/2015297–347<br>EAL<br>(2015) | Denied | Pa.Super.,<br>122 A.3d 436;<br>122 A.3d 437;<br>122 A.3d 438;<br>122 A.3d 439 |
| Com. v. Sanchez ... | 08/31/2015271<br>EAL<br>(2015) | Denied | Pa.Super.,<br>120 A.3d 1060 |
| Com. v. Smith ...... | 08/26/2015182<br>EAL<br>(2015) | Denied | Pa.Super.,<br>120 A.3d 1046 |
| Com. v. Stewart .... | 08/19/2015298<br>MAL<br>(2015) | Denied | Pa.Super.,<br>121 A.3d 1123 |
| Com. v. Van-Arsdale | 09/23/2015144<br>MAL<br>(2015) | Denied | Pa.Super.,<br>118 A.3d 459 |
| Com. v. Vaughn .... | 09/23/2015293<br>EAL<br>(2015) | Denied | Pa.Super.,<br>120 A.3d 1052 |
| Com. v. Walker ..... | 09/23/2015260<br>EAL<br>(2015) | Denied | Pa.Super.,<br>110 A.3d 1000 |
| Com. v. Weipert;<br>Com. v. Stewart;<br>Com. v. Minnich;<br>Com. v. Groff ..... | 08/19/2015300–303<br>＼ MAL<br>2015 | Denied | Pa.Super.,<br>120 A.3d 1059;<br>120 A.3d 1060 |
| Com. v. Whitby ..... | 08/19/2015290<br>MAL<br>(2015) | Denied | Pa.Super.,<br>120 A.3d 1058 |
| E.M.S., In re Adoption of; E.D.E., In re; D.J.S., In re Adoption of ...... | 08/26/2015245, 246<br>WAL<br>(2015) | Denied | Pa.Super.,<br>122 A.3d 456 |
| Hervert v. Hervert .. | 08/31/201542 WAL<br>(2015) | Denied | Pa.Super.,<br>118 A.3d 439 |